UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNETTE MATTHEWS

VERSUS

NATIONAL LIABILITY & FIRE
INSURANCE COMPANY

CIVIL ACTION

NO. 16-670-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated January 11, 2017 (doc. no. 10) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, as the parties have submitted evidence to indicate the necessary amount in controversy is not met in this case, this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this /S/ day of February, 2017.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA